

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: May 15, 2024.**

_____
**CRAIG A. GARGOTTA
CHIEF UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| Assets Holding Partnership, LTD | § § § § § § | Case No. 88-58888 |
| Debtor | § | Chapter 11 |

_____

| | | |
|---|---|---|
| Frost Bank | § § | |
| Plaintiff | § § § | |
| vs. | § § § | Adversary No. 24-05015 |
| SLL Transportation, LLC; Assets Holding Partnership, Ltd. Mehram Haman; Najmeh Poursaeidimahani and Saucon Investment Corp. | § § § § § § | |
| Defendants | | |

**ORDER TO TRANSFER VENUE**

**CAME FOR CONSIDERATION** the Motion of Assets Holding Partnership, Ltd. (the **"Motion"**) to transfer venue of the above adversary proceeding to the United States District Court for the Southern District of Texas and this court finding that venue should be transferred as requested, it is hereby

ORDERED, that the above adversary proceeding is transferred to the United States District Court for the Southern District of Texas; and it is further

ORDERED, that the clerk of this court shall take the necessary steps to have this case transferred to the United States District Court for the Southern District of Texas.

###

*/s/Reese W. Baker*
Reese W. Baker
Texas Bar No. 01587700
Baker & Associates
950 Echo Lane, Suite 300
Houston, Texas 77024
713-869-9200
713-869-9100 (fax)
PROPOSED ATTORNEY FOR DEBTOR
ASSETS HOLDING PARTNERSHIP, LTD.